UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROBERTO DURAND, | Case No. 3:22-cv-00144-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| S. CRAINE, | |
| Defendant. | |

On March 24, 2022, the Clerk's Office opened this case after receiving Plaintiff Roberto Durand's application to proceed *in forma pauperis* ("IFP") (ECF No. 1). Durand did not submit a complaint or pay the $402.00 filing fee in the instant case.

It appears that the Clerk's Office opened the instant case in error. Durand's application to proceed IFP lists Case No. 3:21-cv-00477-RCJ-CLB in the caption and thus should have been filed in that case instead of opening a new case. It further appears that Durand filed the application to proceed IFP in Case No. 3:21-cv-00477-RCJ-CLB intending it for his appeal in that case.

It is therefore ordered that the Clerk of the Court will administratively close this case (No. 3:22-cv-00144-MMD-CSD) and refile Durand's application to proceed *in forma pauperis* (ECF No. 1) in Case No. 3:21-cv-00477-RCJ-CLB. Once Durand's application to proceed *in forma pauperis* is filed in Case No. 3:21-cv-00477-RCJ-CLB, the Clerk of the Court shall forward it to the U.S. Court of Appeals for the Ninth Circuit.

DATED THIS 5th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE